IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00047-MSK-MEH

MARIA DEL ROSARIO COTA MARTINEZ,
MARIO RINCON ROSALES, and
ARACELI ZAVALA RAMIREZ,

    Plaintiffs,

v.

XCLUSIVE MANAGEMENT, LLC,
XCLUSIVE STAFFING, INC.,
XCLUSIVE STAFFING OF COLORADO, LLC,
OMNI INTERLOCKEN COMPANY, LLC,
OMNI HOTELS MANAGEMENT CORPORATION,
CHRISTINA CHAVEZ, and
HUMBERO PATRON,

    Defendants.
_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

    THIS CAUSE came before the Court on the affidavits in support of the motions for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiffs leave to proceed *in forma pauperis*. It now is

    ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to

Case 1:15-cv-00047-MSK-MEH   Document 15   Filed 01/29/15   USDC Colorado   Page 2 of 2

the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated this 28th day of January, 2015 in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated this 28th day of January, 2015 in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge