IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00047-MSK-MEH

MARIA DEL ROSARIO COTA MARTINEZ,
MARIO RINCON ROSALES, and
ARACELI ZAVALA RAMIREZ,

      Plaintiffs,

v.

XCLUSIVE MANAGEMENT, LLC,
XCLUSIVE STAFFING, INC.,
XCLUSIVE STAFFING OF COLORADO, LLC,
OMNI INTERLOCKEN COMPANY, LLC,
OMNI HOTELS MANAGEMENT CORPORATION,
CHRISTINA CHAVEZ, and
HUMBERO PATRON,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2015**.

      Plaintiffs' Motion to Vacate and Reschedule the Scheduling Conference [filed March 5, 2015; docket #18] is **granted in part and denied in part**. The Scheduling Conference currently set for March 24, 2015 is **converted** to a Status Conference at which counsel shall be prepared to discuss the status of the case and service on the Defendants.