# Exhibit 6

Quick Window                                                              03/09/15 12:27:29

### PAYROLL CHECK INQUIRY

| | | | | | |
|---|---|---|---|---|---|
| Check # | 350594 | Gross | 345.56 | Net | 305.07 |
| Work Order # | 74035 | | | | |
| Wk End Date | 04/27/14 | Taxes | | Deductions | |
| Total Hours | 42.13 | FWT | 7.44 | ADM | 3.00 |
| | | SOC | 21.42 | CRM | .00 |
| Applicant Name | | MED | 5.01 | | |
| Maria Del Rosario Cota | | COT | 3.62 | | |
| Client Info. | | | | | |
| OMNI INTERLOCKEN | | | | | |
| | | Earnings | | Other Earnings | |
| Inv. Number | 324679 | REG | 320.00 | | |
| | | OT | 25.56 | | |
| Pickup Loc. | PU | DT | .00 | | |
| | | TT | .00 | | |
| | | APT | .00 | | |
| | | APN | .00 | | |

Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 4/19/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Sat 4/19/14 | 1 | 12:30 PM- 5:35 PM | 5.08 | |
| Sun 4/20/14 | 1 | 12:30 PM- 5:53 PM | 5.38 | |
| Sun 4/20/14 | 1 | 9:00 AM- 12:00 PM | 3.00 | |
| Wed 4/23/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Wed 4/23/14 | 1 | 12:30 PM- 4:40 PM | 4.17 | |
| Thu 4/24/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Thu 4/24/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Fri 4/25/14 | 1 | 8:00 AM- 12:15 PM | 4.25 | |
| Fri 4/25/14 | 1 | 12:45 PM- 5:00 PM | 4.25 | |
| | | Totals:  Billable | 42.13 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 04/29/14
Approved Date: 04/29/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 324679
Invoice Date: 05/01/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

Quick Window                                                                03/06/15 11:26:39

## PAYROLL CHECK INQUIRY

Check #            352143            Gross      494.91        Net         418.67

Work Order #       74326

Wk End Date        05/11/14                  Taxes                    Deductions

Total Hours        52.15            FWT        24.84         ADM         3.00

                                    SOC        30.68         CRM          .00

                                    MED         7.18

Applicant Name                      COT        10.54

    Maria Del Rosario Cota

Client Info.

    OMNI INTERLOCKEN

                                          Earnings               Other  Earnings

Inv. Number        324969           REG       340.00

                                    OT        154.91

Pickup Loc.        PU               DT           .00

                                    TT           .00

                                    APT          .00

                                    APN          .00

              Press S to inquire on the TIMESHEET.  Hit return to Exit:

Time Card Info

3/6/2015

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|---|---|---|---|---|
| Sat 5/03/14 | 1 | 8:00 AM- 11:49 AM | 3.82 | |
| Sat 5/03/14 | 1 | 12:19 PM- 4:07 PM | 3.80 | |
| Sun 5/04/14 | 1 | 9:00 AM- 1:08 PM | 4.13 | |
| Sun 5/04/14 | 1 | 1:38 PM- 5:45 PM | 4.12 | |
| Sun 5/04/14 | 2 | 6:00 PM- 9:01 PM | 3.02 | |
| Mon 5/05/14 | 2 | 2:30 PM- 6:47 PM | 4.28 | |
| Mon 5/05/14 | 2 | 7:17 PM- 11:04 PM | 3.78 | |
| Tue 5/06/14 | 1 | 8:30 AM- 2:24 PM | 5.90 | |
| Wed 5/07/14 | 1 | 8:07 AM- 12:00 PM | 3.88 | |
| Wed 5/07/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Wed 5/07/14 | 2 | 4:30 PM- 8:10 PM | 3.67 | |
| Fri 5/09/14 | 2 | 12:30 PM- 4:15 PM | 3.75 | |
| Fri 5/09/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| | | Totals:  Billable | 52.15 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 05/14/14
Approved Date: 05/14/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 324969
Invoice Date: 05/15/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

Close

Quick Window                                                          03/06/15 11:38:28

# PAYROLL CHECK INQUIRY

| | | | | | |
|---|---|---|---|---|---|
| Check # | 352780 | Gross | 633.25 | Net | 517.28 |
| Work Order # | 74457 | | | | |
| Wk End Date | 05/18/14 | **Taxes** | | **Deductions** | |
| Total Hours | 63.00 | FWT | 45.59 | ADM | 3.00 |
| | | SOC | 39.26 | CRM | .00 |
| | | MED | 9.18 | BLUE | 2.00 |
| Applicant Name | | COT | 16.94 | | |
| Maria Del Rosario Cota | | | | | |

Client Info.
OMNI INTERLOCKEN

| | | **Earnings** | | **Other Earnings** | |
|---|---|---|---|---|---|
| Inv. Number | 325134 | REG | 340.00 | | |
| | | OT | 293.25 | | |
| Pickup Loc. | PU | DT | .00 | | |
| | | TT | .00 | | |
| | | APT | .00 | | |
| | | APN | .00 | | |

Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/9/2015

Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|---|---|---|---|---|
| Sat 5/10/14 | 1 | 8:00 AM- 12:15 PM | 4.25 | |
| Sat 5/10/14 | 1 | 12:45 PM- 5:12 PM | 4.45 | |
| Sat 5/10/14 | 2 | 5:12 PM- 8:55 PM | 3.72 | |
| Sun 5/11/14 | 1 | 9:00 AM- 1:26 PM | 4.43 | |
| Sun 5/11/14 | 1 | 1:56 PM- 6:22 PM | 4.43 | |
| Mon 5/12/14 | 1 | 8:00 AM- 12:08 PM | 4.13 | |
| Mon 5/12/14 | 1 | 12:38 PM- 4:45 PM | 4.12 | |
| Mon 5/12/14 | 2 | 5:00 PM- 8:09 PM | 3.15 | |
| Wed 5/14/14 | 1 | 8:30 AM- 12:15 PM | 3.75 | |
| Wed 5/14/14 | 1 | 12:45 PM- 4:30 PM | 3.75 | |
| Wed 5/14/14 | 2 | 5:00 PM- 8:01 PM | 3.02 | |
| Thu 5/15/14 | 1 | 12:30 PM- 4:40 PM | 4.17 | |
| Thu 5/15/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Fri 5/16/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Fri 5/16/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Fri 5/16/14 | 2 | 4:30 PM- 8:08 PM | 3.63 | |

|  | Totals: Billable | 63.00 |
|---|---|---|
|  | Non Billable | 0.00 |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 05/20/14
Approved Date: 05/20/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 325134
Invoice Date: 05/22/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

Close

Quick Window                                                                                    03/06/15 12:17:38

## PAYROLL CHECK INQUIRY

Check #        354156                    Gross      467.12          Net        396.47
Work Order #   74710
Wk End Date    06/01/14                         Taxes                     Deductions
Total Hours    49.97                     FWT        20.67          ADM        3.00
                                         SOC        28.96          CRM         .00
                                         MED         6.77          BLUE       2.00
Applicant Name                           COT         9.25
    Maria Del Rosario Cota
Client Info.
    OMNI INTERLOCKEN
                                              Earnings               Other  Earnings
Inv. Number    325403                    REG       340.00
                                         OT        127.12
Pickup Loc.    PU                        DT          .00
                                         TT          .00
                                         APT         .00
                                         APN         .00


        Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015                                                        Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|---|---|---|---|---|
| Sat 5/24/14 | 1 | 3:00 PM- 6:46 PM | 3.77 | |
| Sat 5/24/14 | 1 | 7:16 PM- 11:02 PM | 3.77 | |
| Sun 5/25/14 | 1 | 8:00 AM- 11:30 AM | 3.50 | |
| Sun 5/25/14 | 1 | 12:00 PM- 3:30 PM | 3.50 | |
| Sun 5/25/14 | 2 | 4:00 PM- 7:17 PM | 3.28 | |
| Sun 5/25/14 | 2 | 7:47 PM- 11:03 PM | 3.27 | |
| Mon 5/26/14 | 1 | 9:07 AM- 1:19 PM | 4.20 | |
| Mon 5/26/14 | 1 | 1:49 PM- 6:00 PM | 4.18 | |
| Tue 5/27/14 | 1 | 8:06 AM- 12:26 PM | 4.33 | |
| Tue 5/27/14 | 1 | 12:56 PM- 5:15 PM | 4.32 | |
| Fri 5/30/14 | 1 | 8:00 AM- 12:23 PM | 4.38 | |
| Fri 5/30/14 | 1 | 12:53 PM- 5:15 PM | 4.37 | |
| Fri 5/30/14 | 2 | 5:16 PM- 8:22 PM | 3.10 | |
| | | Totals:  Billable | 49.97 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing

Contractor Name: Cota Martinez, Maria del Rosario

Submit Date: 06/04/14

Approved Date: 06/04/14

Approval Email: amcmahon@omnihotels.com

Invoice Number: 325403

Invoice Date: 06/05/14

Voucher Number:

Voucher Date:

Check Number:

Check Date:

View Order

[ Close ]

Quick Window                                                                03/06/15 12:41:15

PAYROLL CHECK INQUIRY

Check #        354821              Gross    515.57           Net        431.69
Work Order #   74836
Wk End Date    06/08/14                  Taxes                   Deductions
Total Hours    53.77              FWT      27.94          ADM        3.00
                                  SOC      31.97          CRM         .00
                                  MED       7.48          BLUE       2.00
Applicant Name                    COT      11.49
     Maria Del Rosario Cota
Client Info.
     OMNI INTERLOCKEN
                                       Earnings              Other  Earnings
Inv. Number    325557             REG     340.00
                                  OT      175.57
Pickup Loc.    PU                 DT        .00
                                  TT        .00
                                  APT       .00
                                  APN       .00

          Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 5/31/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Sat 5/31/14 | 1 | 12:30 PM- 4:40 PM | 4.17 | |
| Sat 5/31/14 | 2 | 4:40 PM- 8:21 PM | 3.68 | |
| Sun 6/01/14 | 1 | 9:00 AM- 1:51 PM | 4.85 | |
| Sun 6/01/14 | 1 | 2:21 PM- 7:12 PM | 4.85 | |
| Mon 6/02/14 | 1 | 8:00 AM- 12:11 PM | 4.18 | |
| Mon 6/02/14 | 1 | 12:41 PM- 4:50 PM | 4.15 | |
| Mon 6/02/14 | 2 | 4:50 PM- 9:00 PM | 4.17 | |
| Tue 6/03/14 | 1 | 8:00 AM- 11:59 AM | 3.98 | |
| Tue 6/03/14 | 1 | 12:29 PM- 4:20 PM | 3.85 | |
| Fri 6/06/14 | 1 | 8:00 AM- 12:15 PM | 4.25 | |
| Fri 6/06/14 | 1 | 12:45 PM- 5:00 PM | 4.25 | |
| Fri 6/06/14 | 2 | 5:00 PM- 8:23 PM | 3.38 | |

Totals:  Billable   53.77
Non Billable   0.00

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 06/09/14
Approved Date: 06/09/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 325557
Invoice Date: 06/12/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

Close

**Quick Window**                                                                03/06/15 12:46:51

## P A Y R O L L   C H E C K   I N Q U I R Y

| | | |
|---|---|---|
| Check # | 355516 | Gross 331.67 | Net 293.27 |

Work Order #    74960

Wk End Date    06/15/14

Total Hours    31.02

| Taxes | | Deductions | |
|---|---|---|---|
| FWT | 6.05 | ADM | 3.00 |
| SOC | 20.56 | CRM | .00 |
| MED | 4.81 | BLUE | 1.00 |
| COT | 2.98 | | |

Applicant Name

   Maria Del Rosario Cota

Client Info.

   OMNI INTERLOCKEN

| Earnings | | Other  Earnings |
|---|---|---|
| REG | 331.67 | |

Inv. Number    325735

| | |
|---|---|
| OT | .00 |
| DT | .00 |
| TT | .00 |
| APT | .00 |
| APN | .00 |

Pickup Loc.    PU

Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015                                                                                          Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|---|---|---|---|---|
| Sat 6/07/14 | 1 | 1:06 PM- 5:00 PM | 3.90 | |
| Sat 6/07/14 | 1 | 5:30 PM- 9:00 PM | 3.50 | |
| Sun 6/08/14 | 1 | 9:00 AM- 1:00 PM | 4.00 | |
| Sun 6/08/14 | 1 | 1:30 PM- 5:50 PM | 4.33 | |
| Tue 6/10/14 | 1 | 8:00 AM- 11:53 AM | 3.88 | |
| Tue 6/10/14 | 1 | 12:23 PM- 4:16 PM | 3.88 | |
| Wed 6/11/14 | 1 | 3:00 PM- 6:46 PM | 3.77 | |
| Wed 6/11/14 | 1 | 7:16 PM- 11:01 PM | 3.75 | |
| | | Totals:  Billable | 31.02 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 06/18/14
Approved Date: 06/18/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 325735
Invoice Date: 06/19/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

Quick Window                                                                          03/06/15 12:51:23

PAYROLL CHECK INQUIRY

Check #        356205              Gross      340.04           Net        300.77
Work Order #   75071
Wk End Date    06/22/14                    Taxes                      Deductions
Total Hours    39.93               FWT        6.89           ADM         3.00
                                   SOC       21.08           CRM          .00
Applicant Name                     MED        4.93           BLUE         .00
    Maria Del Rosario Cota         COT        3.37
Client Info.
    OMNI INTERLOCKEN
                                        Earnings                  Other  Earnings
Inv. Number    325824              REG      338.13
                                   OT         1.91
Pickup Loc.    PU                  DT          .00
                                   TT          .00
                                   APT         .00
                                   APN         .00

        Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sun 6/15/14 | 1 | 9:00 AM- 1:08 PM | 4.13 | |
| Sun 6/15/14 | 1 | 1:38 PM- 5:45 PM | 4.12 | |
| Sun 6/15/14 | 2 | 5:50 PM- 9:44 PM | 3.90 | |
| Wed 6/18/14 | 1 | 8:00 AM- 12:08 PM | 4.13 | |
| Wed 6/18/14 | 1 | 12:38 PM- 4:45 PM | 4.12 | |
| Thu 6/19/14 | 1 | 8:00 AM- 11:58 AM | 3.97 | |
| Thu 6/19/14 | 1 | 12:28 PM- 4:26 PM | 3.97 | |
| Thu 6/19/14 | 2 | 4:30 PM- 8:30 PM | 4.00 | |
| Fri 6/20/14 | 1 | 8:00 AM- 11:48 AM | 3.80 | |
| Fri 6/20/14 | 1 | 12:18 PM- 4:06 PM | 3.80 | |
| | | Totals:  Billable | 39.93 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 06/23/14
Approved Date: 06/23/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 325824
Invoice Date: 06/26/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

Close

Quick Window                                                                03/06/15 12:56:29

## PAYROLL CHECK INQUIRY

Check #        356917           Gross      436.52        Net       375.76
Work Order #   75225
Wk End Date    06/29/14                     Taxes                Deductions
Total Hours    47.57           FWT         16.54        ADM        3.00
                               SOC         27.06        CRM         .00
                               MED          6.33        BLUE        .00
Applicant Name                 COT          7.83
      Maria Del Rosario Cota
Client Info.
      OMNI INTERLOCKEN
                                        Earnings        Other  Earnings
Inv. Number    326029          REG        340.00
                               OT          96.52
Pickup Loc.    PU              DT           .00
                               TT           .00
                               APT          .00
                               APN          .00

      Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 6/21/14 | 1 | 8:00 AM- 12:08 PM | 4.13 | |
| Sat 6/21/14 | 1 | 12:38 PM- 4:45 PM | 4.12 | |
| Sat 6/21/14 | 2 | 5:00 PM- 8:28 PM | 3.47 | |
| Sun 6/22/14 | 1 | 9:00 AM- 1:15 PM | 4.25 | |
| Sun 6/22/14 | 1 | 1:45 PM- 6:00 PM | 4.25 | |
| Sun 6/22/14 | 2 | 6:00 PM- 10:05 PM | 4.08 | |
| Tue 6/24/14 | 1 | 8:09 AM- 12:05 PM | 3.93 | |
| Tue 6/24/14 | 1 | 12:35 PM- 4:30 PM | 3.92 | |
| Thu 6/26/14 | 2 | 3:06 PM- 6:49 PM | 3.72 | |
| Thu 6/26/14 | 2 | 7:19 PM- 11:01 PM | 3.70 | |
| Fri 6/27/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Fri 6/27/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| | | Totals:  Billable | 47.57 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 07/01/14
Approved Date: 07/01/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 326029
Invoice Date: 07/02/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

Quick Window                                                                     03/06/15 13:05:18

## PAYROLL CHECK INQUIRY

Check #        357572              Gross      524.49          Net        440.18
Work Order #   75317
Wk End Date    07/06/14                 Taxes                    Deductions
Total Hours    54.47              FWT        29.27          ADM        3.00
                                  SOC        32.52          CRM         .00
Applicant Name                    MED         7.61          BLUE        .00
    Maria Del Rosario Cota        COT        11.91
Client Info.
    OMNI INTERLOCKEN
                                       Earnings              Other  Earnings

Inv. Number    326081             REG       340.00
                                  OT        184.49
Pickup Loc.    PU                 DT          .00
                                  TT          .00
                                  APT         .00
                                  APN         .00


        Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015
Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|---|---|---|---|---|
| Sat 6/28/14 | 1 | 8:00 AM- 12:23 PM | 4.38 | |
| Sat 6/28/14 | 1 | 12:53 PM- 5:20 PM | 4.45 | |
| Sun 6/29/14 | 1 | 9:00 AM- 1:15 PM | 4.25 | |
| Sun 6/29/14 | 1 | 1:45 PM- 6:15 PM | 4.50 | |
| Sun 6/29/14 | 2 | 6:15 PM- 10:35 PM | 4.33 | |
| Mon 6/30/14 | 1 | 9:00 AM- 1:00 PM | 4.00 | |
| Mon 6/30/14 | 1 | 1:30 PM- 5:30 PM | 4.00 | |
| Mon 6/30/14 | 3 | 5:30 PM- 11:02 PM | 5.53 | |
| Thu 7/03/14 | 1 | 8:00 AM- 12:08 PM | 4.13 | |
| Thu 7/03/14 | 1 | 12:38 PM- 4:50 PM | 4.20 | |
| Thu 7/03/14 | 2 | 4:50 PM- 8:30 PM | 3.67 | |
| Fri 7/04/14 | 1 | 8:00 AM- 11:31 AM | 3.52 | |
| Fri 7/04/14 | 1 | 12:01 PM- 3:31 PM | 3.50 | |
| | | Totals:  Billable | 54.47 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing

Contractor Name: Cota Martinez, Maria del Rosario

Submit Date: 07/08/14

Approved Date: 07/08/14

Approval Email: amcmahon@omnihotels.com

Invoice Number: 326081

Invoice Date: 07/09/14

Voucher Number:

Voucher Date:

Check Number:

Check Date:

View Order

Close

Quick Window                                                                          03/06/15 13:09:49

## PAYROLL CHECK INQUIRY

| | | | | | |
|---|---|---|---|---|---|
| Check # | 358223 | Gross | 423.77 | Net | 365.86 |

| Work Order # | 75447 | | | | |
|---|---|---|---|---|---|
| Wk End Date | 07/13/14 | Taxes | | Deductions | |
| Total Hours | 46.57 | FWT | 15.26 | ADM | 3.00 |
| | | SOC | 26.27 | CRM | .00 |
| Applicant Name | | MED | 6.14 | BLUE | .00 |
| Maria Del Rosario Cota | | COT | 7.24 | | |

Client Info.
    OMNI INTERLOCKEN

| | | Earnings | | Other Earnings | |
|---|---|---|---|---|---|
| Inv. Number | 326262 | REG | 340.00 | | |
| | | OT | 83.77 | | |
| Pickup Loc. | PU | DT | .00 | | |
| | | TT | .00 | | |
| | | APT | .00 | | |
| | | APN | .00 | | |

Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 7/05/14 | 1 | 8:00 AM- 11:51 AM | 3.85 | |
| Sat 7/05/14 | 1 | 12:21 PM- 4:11 PM | 3.83 | |
| Sun 7/06/14 | 1 | 9:00 AM- 1:15 PM | 4.25 | |
| Sun 7/06/14 | 1 | 1:45 PM- 6:00 PM | 4.25 | |
| Mon 7/07/14 | 1 | 8:07 AM- 12:04 PM | 3.95 | |
| Mon 7/07/14 | 1 | 12:34 PM- 4:45 PM | 4.18 | |
| Mon 7/07/14 | 2 | 4:45 PM- 8:14 PM | 3.48 | |
| Wed 7/09/14 | 2 | 5:00 PM- 8:15 PM | 3.25 | |
| Thu 7/10/14 | 1 | 3:00 PM- 6:46 PM | 3.77 | |
| Thu 7/10/14 | 1 | 7:16 PM- 11:01 PM | 3.75 | |
| Fri 7/11/14 | 1 | 2:30 PM- 6:45 PM | 4.25 | |
| Fri 7/11/14 | 1 | 7:15 PM- 11:00 PM | 3.75 | |

Totals:  Billable  46.57
Non Billable  0.00

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 07/16/14
Approved Date: 07/16/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 326262
Invoice Date: 07/17/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

PAYROLL CHECK INQUIRY

| Check # | 358923 | | Gross | 569.25 | Net | 472.74 |
|---|---|---|---|---|---|---|
| Work Order # | 75592 | | | | | |
| Wk End Date | 07/20/14 | | Taxes | | Deductions | |
| Total Hours | 57.98 | | FWT | 35.99 | ADM | 3.00 |
| | | | SOC | 35.29 | CRM | .00 |
| Applicant Name | | | MED | 8.25 | BLUE | .00 |
| Maria Del Rosario Cota | | | COT | 13.98 | | |
| Client Info. | | | | | | |
| OMNI INTERLOCKEN | | | | | | |
| | | | Earnings | | Other Earnings | |
| Inv. Number | 326390 | | REG | 340.00 | | |
| | | | OT | 229.25 | | |
| Pickup Loc. | PU | | DT | .00 | | |
| | | | TT | .00 | | |
| | | | APT | .00 | | |
| | | | APN | .00 | | |

Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 7/12/14 | 1 | 8:00 AM- 12:15 PM | 4.25 | |
| Sat 7/12/14 | 1 | 12:45 PM- 5:00 PM | 4.25 | |
| Sun 7/13/14 | 1 | 9:00 AM- 1:00 PM | 4.00 | |
| Sun 7/13/14 | 1 | 1:30 PM- 5:30 PM | 4.00 | |
| Sun 7/13/14 | 2 | 5:35 PM- 9:30 PM | 3.92 | |
| Mon 7/14/14 | 1 | 9:00 AM- 1:15 PM | 4.25 | |
| Mon 7/14/14 | 1 | 1:45 PM- 6:00 PM | 4.25 | |
| Tue 7/15/14 | 1 | 8:11 AM- 12:45 PM | 4.57 | |
| Tue 7/15/14 | 1 | 1:15 PM- 5:30 PM | 4.25 | |
| Tue 7/15/14 | 2 | 5:30 PM- 9:30 PM | 4.00 | |
| Thu 7/17/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Thu 7/17/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Fri 7/18/14 | 1 | 8:00 AM- 12:08 PM | 4.13 | |
| Fri 7/18/14 | 1 | 12:38 PM- 4:45 PM | 4.12 | |
| | | Totals:  Billable | 57.98 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 07/23/14
Approved Date: 07/23/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 326390
Invoice Date: 07/24/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

Quick Window                                                                03/06/15 13:19:35

# PAYROLL CHECK INQUIRY

Check #        359726          Gross     578.81        Net        479.69
Work Order #   75701
Wk End Date    07/27/14              Taxes                Deductions
Total Hours    58.73          FWT      37.42       ADM        3.00
                              SOC      35.89       CRM         .00
Applicant Name                MED       8.39       BLUE        .00
      Maria Del Rosario Cota  COT      14.42
Client Info.
      OMNI INTERLOCKEN
                                   Earnings            Other  Earnings
Inv. Number    326517         REG     340.00
                              OT      238.81
Pickup Loc.    PU             DT        .00
                              TT        .00
                              APT       .00
                              APN       .00

        Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015

Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 7/19/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Sat 7/19/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Sat 7/19/14 | 2 | 4:45 PM- 7:47 PM | 3.03 | |
| Sat 7/19/14 | 2 | 8:17 PM- 11:03 PM | 2.77 | |
| Sun 7/20/14 | 1 | 9:00 AM- 1:00 PM | 4.00 | |
| Sun 7/20/14 | 1 | 1:30 PM- 5:30 PM | 4.00 | |
| Sun 7/20/14 | 2 | 5:31 PM- 11:00 PM | 5.48 | |
| Mon 7/21/14 | 1 | 8:09 AM- 12:20 PM | 4.18 | |
| Mon 7/21/14 | 1 | 12:50 PM- 5:00 PM | 4.17 | |
| Thu 7/24/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Thu 7/24/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Thu 7/24/14 | 2 | 5:00 PM- 8:40 PM | 3.67 | |
| Fri 7/25/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Fri 7/25/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Fri 7/25/14 | 2 | 4:40 PM- 8:06 PM | 3.43 | |
| | | Totals:  Billable | 58.73 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing

Contractor Name: Cota Martinez, Maria del Rosario

Submit Date: 07/29/14

Approved Date: 07/29/14

Approval Email: amcmahon@omnihotels.com

Invoice Number: 326517

Invoice Date: 07/31/14

Voucher Number:

Voucher Date:

Check Number:

Check Date:

View Order

Close

Quick Window                                                                03/06/15 13:25:12

PAYROLL CHECK INQUIRY

Check #          360510            Gross      561.60          Net        467.17
Work Order #     75873
Wk End Date      08/03/14                   Taxes                   Deductions
Total Hours      57.38             FWT       34.84          ADM       3.00
                                   SOC       34.82          CRM        .00
Applicant Name                     MED        8.14          BLUE       .00
    Maria Del Rosario Cota         COT       13.63
Client Info.
    OMNI INTERLOCKEN
                                          Earnings             Other  Earnings
Inv. Number      326732            REG      340.00
                                   OT       221.60
Pickup Loc.      PU                DT         .00
                                   TT         .00
                                   APT        .00
                                   APN        .00

          Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015                                    Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 7/26/14 | 1 | 8:07 AM- 12:04 PM | 3.95 | |
| Sat 7/26/14 | 1 | 12:34 PM- 4:30 PM | 3.93 | |
| Sat 7/26/14 | 2 | 5:00 PM- 8:31 PM | 3.52 | |
| Sun 7/27/14 | 1 | 9:00 AM- 1:08 PM | 4.13 | |
| Sun 7/27/14 | 1 | 1:38 PM- 5:30 PM | 3.87 | |
| Sun 7/27/14 | 2 | 5:30 PM- 10:30 PM | 5.00 | |
| Mon 7/28/14 | 2 | 6:28 PM- 11:27 PM | 4.98 | |
| Tue 7/29/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Tue 7/29/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Thu 7/31/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Thu 7/31/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Fri 8/01/14 | 1 | 8:00 AM- 12:30 PM | 4.50 | |
| Fri 8/01/14 | 1 | 1:00 PM- 5:30 PM | 4.50 | |
| | | Totals:  Billable | 54.38 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 08/06/14
Approved Date: 08/06/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 326732
Invoice Date: 08/07/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

**Quick Window**                                                                03/06/15 13:23:54

# PAYROLL CHECK INQUIRY

| | | | | |
|---|---|---|---|---|
| Check # | 361345 | Gross | 490.07 | Net | 415.16 |

Check #        361345            Gross    490.07        Net        415.16
Work Order #   76012
Wk End Date    08/10/14                   Taxes                Deductions
Total Hours    51.77            FWT     24.11        ADM        3.00
                                SOC     30.38        CRM         .00
                                MED      7.11        BLUE        .00
Applicant Name                  COT     10.31
    Maria Del Rosario Cota
Client Info.
    OMNI INTERLOCKEN
                                     Earnings            Other  Earnings
Inv. Number    326798           REG     340.00
                                OT      150.07
Pickup Loc.    PU               DT         .00
                                TT         .00
                                APT        .00
                                APN        .00

          Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015                                                            TimeCard Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 8/02/14 | 1 | 8:00 AM- 2:01 PM | 6.02 | |
| Sat 8/02/14 | 1 | 2:31 PM- 8:31 PM | 6.00 | |
| Sat 8/02/14 | 2 | 4:30 PM- 8:30 PM | 4.00 | |
| Sun 8/03/14 | 1 | 9:00 AM- 3:02 PM | 6.03 | |
| Sun 8/03/14 | 1 | 3:32 PM- 5:30 PM | 1.97 | |
| Sun 8/03/14 | 2 | 5:30 PM- 9:30 PM | 4.00 | |
| Mon 8/04/14 | 1 | 8:30 AM- 12:23 PM | 3.88 | |
| Mon 8/04/14 | 1 | 12:53 PM- 4:45 PM | 3.87 | |
| Tue 8/05/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| Tue 8/05/14 | 2 | 12:30 PM- 4:30 PM | 4.00 | |
| Wed 8/06/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| Wed 8/06/14 | 2 | 12:30 PM- 4:30 PM | 4.00 | |
| | | Totals:  Billable | 51.77 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 08/12/14
Approved Date: 08/12/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 326798
Invoice Date: 08/14/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

Quick Window                                                    03/06/15 13:53:25

## P A Y R O L L   C H E C K   I N Q U I R Y

Check #        362027          Gross    557.77        Net      464.38
Work Order #   76152
Wk End Date    08/17/14              Taxes               Deductions
Total Hours    57.08          FWT      34.27        ADM      3.00
                              SOC      34.58        CRM       .00
                              MED       8.09        BLUE      .00
Applicant Name                COT      13.45
     Maria Del Rosario Cota
Client Info.
     OMNI INTERLOCKEN
                                   Earnings          Other  Earnings

Inv. Number    327032          REG      340.00
                               OT       217.77
                               DT         .00
Pickup Loc.    PU              TT         .00
                               APT        .00
                               APN        .00


          Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 8/09/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Sat 8/09/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Sat 8/09/14 | 2 | 4:30 PM- 11:20 PM | 6.83 | |
| Sun 8/10/14 | 1 | 9:00 AM- 1:00 PM | 4.00 | |
| Sun 8/10/14 | 1 | 1:30 PM- 6:00 PM | 4.50 | |
| Sun 8/10/14 | 2 | 6:00 PM- 11:30 PM | 5.50 | |
| Wed 8/13/14 | 2 | 4:30 PM- 8:30 PM | 4.00 | |
| Wed 8/13/14 | 2 | 12:30 PM- 4:30 PM | 4.00 | |
| Wed 8/13/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| Thu 8/14/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| Thu 8/14/14 | 2 | 12:30 PM- 4:30 PM | 4.00 | |
| Fri 8/15/14 | 2 | 12:30 PM- 4:45 PM | 4.25 | |
| Fri 8/15/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| | | Totals: Billable | 57.08 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 08/19/14
Approved Date: 08/19/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 327032
Invoice Date: 08/21/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

**Quick Window**
03/06/15 14:00:10

P A Y R O L L   C H E C K   I N Q U I R Y

Check #       362757          Gross    556.75        Net       463.65
Work Order #   76341
Wk End Date   08/24/14                 Taxes                Deductions
Total Hours    57.00          FWT     34.11         ADM       3.00
                              SOC     34.52         CRM        .00
                              MED      8.07         BLUE       .00
Applicant Name                COT     13.40
   Maria Del Rosario Cota
Client Info.
   OMNI INTERLOCKEN
                                   Earnings           Other  Earnings
Inv. Number    327206         REG    340.00
                              OT     216.75
Pickup Loc.    PU             DT        .00
                              TT        .00
                              APT       .00
                              APN       .00

          Press S to inquire on the TIMESHEET.  Hit return to Exit:

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|---|---|---|---|---|
| Sat 8/16/14 | 2 | 4:50 PM- 9:00 PM | 4.17 | |
| Sat 8/16/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| Sat 8/16/14 | 2 | 12:30 PM- 4:50 PM | 4.33 | |
| Sun 8/17/14 | 2 | 9:00 AM- 12:00 PM | 3.00 | |
| Sun 8/17/14 | 2 | 12:30 PM- 6:00 PM | 5.50 | |
| Sun 8/17/14 | 2 | 6:00 PM- 11:00 PM | 5.00 | |
| Mon 8/18/14 | 2 | 4:30 PM- 11:00 PM | 6.50 | |
| Tue 8/19/14 | 2 | 4:30 PM- 8:30 PM | 4.00 | |
| Wed 8/20/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| Wed 8/20/14 | 2 | 12:30 PM- 5:30 PM | 5.00 | |
| Fri 8/22/14 | 2 | 8:00 AM- 12:00 PM | 4.00 | |
| Fri 8/22/14 | 2 | 4:40 PM- 8:00 PM | 3.33 | |
| Fri 8/22/14 | 2 | 12:30 PM- 4:40 PM | 4.17 | |
| | | Totals:  Billable | 57.00 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing

Contractor Name: Cota Martinez, Maria del Rosario

Submit Date: 08/26/14

Approved Date: 08/26/14

Approval Email: amcmahon@omnihotels.com

Invoice Number: 327206

Invoice Date: 08/28/14

Voucher Number:

Voucher Date:

Check Number:

Check Date:

View Order

[ Close ]

## P A Y R O L L   C H E C K   I N Q U I R Y

| | | | | | | |
|---|---|---|---|---|---|---|
| Check # | 364923 | Gross | 454.68 | Net | 389.42 |

| | |
|---|---|
| Work Order # | 76790 |
| Wk End Date | 09/14/14 |
| Total Hours | 47.40 |

| Taxes | | Deductions | |
|---|---|---|---|
| FWT | 18.80 | ADM | 3.00 |
| SOC | 28.19 | CRM | .00 |
| MED | 6.59 | BLUE | .00 |
| COT | 8.68 | | |

Applicant Name
    Maria Del Rosario Cota

Client Info.
    OMNI INTERLOCKEN

| Earnings | | Other  Earnings |
|---|---|---|
| REG | 340.00 | |
| OT | 94.35 | |
| DT | .00 | |
| TT | .00 | |
| APT | 20.33 | |
| APN | .00 | |

Inv. Number     327681

Pickup Loc.     PU

Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015                                                Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sun 9/07/14 | 1 | 9:00 AM- 1:15 PM | 4.25 | |
| Sun 9/07/14 | 1 | 1:45 PM- 6:00 PM | 4.25 | |
| Mon 9/08/14 | 1 | 8:09 AM- 11:52 AM | 3.72 | |
| Mon 9/08/14 | 1 | 12:22 PM- 4:05 PM | 3.72 | |
| Tue 9/09/14 | 1 | 8:07 AM- 11:41 AM | 3.57 | |
| Tue 9/09/14 | 1 | 12:11 PM- 3:45 PM | 3.57 | |
| Wed 9/10/14 | 1 | 12:30 PM- 4:20 PM | 3.83 | |
| Wed 9/10/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Thu 9/11/14 | 1 | 1:00 PM- 5:30 PM | 4.50 | |
| Thu 9/11/14 | 1 | 9:30 AM- 12:30 PM | 3.00 | |
| Fri 9/12/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Fri 9/12/14 | 1 | 12:30 PM- 5:30 PM | 5.00 | |
| | | Totals:  Billable | 47.40 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing
Contractor Name: Cota Martinez, Maria del Rosario
Submit Date: 09/16/14
Approved Date: 09/16/14
Approval Email: amcmahon@omnihotels.com
Invoice Number: 327681
Invoice Date: 09/19/14
Voucher Number:
Voucher Date:
Check Number:
Check Date:

View Order

[ Close ]

Quick Window                                                                    03/06/15 14:09:21

## PAYROLL CHECK INQUIRY

| | | | | | |
|---|---|---|---|---|---|
| Check # | 365688 | Gross | 619.43 | Net | 509.23 |
| Work Order # | 76966 | | | | |
| Wk End Date | 09/21/14 | Taxes | | Deductions | |
| Total Hours | 51.27 | FWT | 43.52 | ADM | 3.00 |
| | | SOC | 38.40 | CRM | .00 |
| | | MED | 8.98 | BLUE | .00 |
| Applicant Name | | COT | 16.30 | | |

Maria Del Rosario Cota

Client Info.

OMNI INTERLOCKEN

| | | Earnings | | Other Earnings |
|---|---|---|---|---|
| Inv. Number | 327855 | REG | 416.50 | |
| | | OT | 143.69 | |
| Pickup Loc. | PU | DT | .00 | |
| | | TT | .00 | |
| | | APT | 59.24 | |
| | | APN | .00 | |

Press S to inquire on the TIMESHEET.  Hit return to Exit:

3/6/2015                                Time Card Info

## Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Sat 9/13/14 | 1 | 8:00 AM- 11:51 AM | 3.85 | |
| Sat 9/13/14 | 1 | 12:21 PM- 4:11 PM | 3.83 | |
| Sun 9/14/14 | 1 | 9:00 AM- 1:00 PM | 4.00 | |
| Sun 9/14/14 | 1 | 1:30 PM- 5:30 PM | 4.00 | |
| Mon 9/15/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Mon 9/15/14 | 1 | 12:30 PM- 3:30 PM | 3.00 | |
| Tue 9/16/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Tue 9/16/14 | 1 | 12:30 PM- 4:20 PM | 3.83 | |
| Wed 9/17/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Wed 9/17/14 | 1 | 12:30 PM- 4:15 PM | 3.75 | |
| Fri 9/19/14 | 1 | 8:00 AM- 12:00 PM | 4.00 | |
| Fri 9/19/14 | 1 | 12:30 PM- 4:30 PM | 4.00 | |
| Fri 9/19/14 | 1 | 4:30 PM- 9:30 PM | 5.00 | |
| | | Totals:  Billable | 51.27 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing

Contractor Name: Cota Martinez, Maria del Rosario

Submit Date: 09/24/14

Approved Date: 09/24/14

Approval Email: amcmahon@omnihotels.com

Invoice Number: 327855

Invoice Date: 09/25/14

Voucher Number:

Voucher Date:

Check Number:

Check Date:

View Order

Close

Time Card Submission Information

| WorkDate | Shift | Times | Hours | Notes |
|----------|-------|-------|-------|-------|
| Thu 9/18/14 | 1 | 3:00 PM- 11:30 PM | 8.50 | |
| | | Totals:  Billable | 8.50 | |
| | | Non Billable | 0.00 | |

Selling Vendor: Xclusive Staffing

Contractor Cota Martinez, Maria del
Name: Rosario

Submit Date: 09/22/14

Approved Date: 09/22/14

Approval Email: dbenton@omnihotels.com

Invoice 327856
Number:

Invoice Date: 09/25/14

Voucher
Number:

Voucher Date:

Check Number:

Check Date:

View Order

[ Close ]