IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00047-MSK-MEH

MARIA DEL ROSARIO COTA MARTINEZ,
MARIO RINCON ROSALES, and
ARACELI ZAVALA RAMIREZ, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

XCLUSIVE MANAGEMENT, LLC,
XCLUSIVE STAFFING, INC.,
XCLUSIVE STAFFING OF COLORADO, LLC,
OMNI INTERLOCKEN COMPANY, LLC,
OMNI HOTELS MANAGEMENT CORPORATION,
CHRISTINA CHAVEZ, and
HUMBERO PATRON,

      Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2015**.

      The Stipulated Motion for Entry of Protective Order [filed July 2, 2015; docket #57] is **granted**. The parties' Stipulated Protective Order is accepted and filed contemporaneously with this Minute Order.