IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00047-MSK-MEH

MARIA DEL ROSARIO COTA MARTINEZ,
MARIO RINCON ROSALES, and
ARACELI ZAVALA RAMIREZ, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

XCLUSIVE MANAGEMENT, LLC d/b/a Xclusive Staffing,
XCLUSIVE STAFFING, INC.,
XCLUSIVE STAFFING OF COLORADO, LLC,
OMNI INTERLOCKEN COMPANY, LLC,
OMNI HOTELS MANAGEMENT CORPORATION, and
DIANE ASTLEY,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2015**.

      Pursuant to the Order of Reference filed October 22, 2015 [docket #65], counsel for the parties shall first teleconference together, then call my Chambers at 303.844.4507 to schedule a settlement conference in this case.